**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Jose L. Hernandez             CHAPTER 13
       Maria D. Maldonado

             Debtor(s)            BKY. NO. 21-11828 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of PENNSYLVANIA HOUSING FINANCE AGENCY and index same on the master mailing list.

                                             Respectfully submitted,

                                             /s/ *Rebecca Solarz*
                                             Rebecca Solarz
                                             26 Jul 2021, 16:18:28, EDT

                                             KML Law Group, P.C.
                                             701 Market Street, Suite 5000
                                             Philadelphia, PA 19106-1532
                                             (215) 627-1322