# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                                  Chapter 13

    JOSE L. HERNANDEZ                    Bankruptcy No. 21-11828-MDC
    MARIA D. MALDONADO
    3145 SYCAMORE LANE

    NORRISTOWN, PA 19401-

    Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    JOSE L. HERNANDEZ
    MARIA D. MALDONADO
    3145 SYCAMORE LANE

    NORRISTOWN, PA 19401-

**Counsel for debtor(s), by electronic notice only.**
    DAVID B. SPITOFSKY ESQUIRE
    LAW OFFICES OF DAVID SPITOFSKY
    516 SWEDE ST
    NORRISTOWN, PA 19401-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA 19107

Date: 10/19/2021                                                                 /s/ Kenneth E. West

                                                                      _____
                                                                      Kenneth E. West, Esquire
                                                                      Chapter 13 Standing Trustee