United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                               Case No. 21-11828-mdc

Jose L. Hernandez                                                                                      Chapter 13

Maria D. Maldonado

        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2                                            User: admin                                              Page 1 of 3

Date Rcvd: Dec 02, 2021                                Form ID: 155                                     Total Noticed: 43

The following symbols are used throughout this certificate:
**Symbol        Definition**

\+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jose L. Hernandez, Maria D. Maldonado, 3145 Sycamore Lane, Norristown, PA 19401-1362 |
| 14621675 | + | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14618834 | + | Apothaker Scian, P.C., 520 Fellowship Road, Suite C306, P.O. Box 5496, Mount Laurel, NJ 08054-5496 |
| 14618835 | + | Barclays Bank Delaware, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 14635877 | + | Brickhouse OpCo I LLC, 4053 Maple Road Suite 122, Amherst, NY 14226-1058 |
| 14618839 | + | Daniel J. Santucci, Esquire, 1 International Plaza, 5th Floor, Philadelphia, PA 19113-1510 |
| 14618829 | + | David B. Spitofsky, Esquire, Law Office of David B. Spitofsky, 516 Swede Street, Norristown, PA 19401-4807 |
| 14618841 | + | Edward Stock, Esquire, 804 West Avenue, Jenkintown, PA 19046-2831 |
| 14618842 | | Einstein Practice Plan, Inc., P.O. Box 8500-8735, Philadelphia, PA 19178-8735 |
| 14618844 | | Grimley Financial Corporation, 1415 Route 70 East, Suite LL5, Cherry Hill, NJ 08034-2229 |
| 14618845 | | Hayt, Hayt & Landau, LLC, Two Industrial Way West, P.O. Box 500, Eatontown, NJ 07724-0500 |
| 14618849 | + | Michael Ratchford, Esquire, Ratchford Law Group, P.C., 54 Glenmaura National Boulevard, Suite 104, Moosic, PA 18507-2161 |
| 14626491 | + | NORDSTROM, INC., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14625418 | + | PENNSYLVANIA HOUSING FINANCE AGENCY, c/o Rebecca Solarz, KML Law Group, P.C., 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14618857 | + | TD Bank USA/Target, P.O. Box 1470, Minneapolis, MN 55440-1470 |
| 14618858 | + | The Bureaus, 650 Dundee Road, Suite 370, Northbrook, IL 60062-2757 |
| 14626088 | + | Unifund CCR, LLC, 10625 Techwoods Circle, Cincinnati, OH 45242-2846 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14618833 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 02 2021 23:23:00 | Ally Financial, P.O. Box 380901, Bloomington, MN 55438-0901 |
| 14618835 | + | Email/Text: BarclaysBankDelaware@tsico.com | Dec 02 2021 23:23:00 | Barclays Bank Delaware, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 14618836 | + | Email/Text: bankruptcy@cavps.com | Dec 02 2021 23:23:00 | Cavalry Portfolio Services, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2322 |
| 14625350 | + | Email/Text: bankruptcy@cavps.com | Dec 02 2021 23:23:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14618837 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Dec 02 2021 23:23:00 | Credit Collection Services, P.O. Box 447, Norwood, MA 02062-0447 |
| 14618838 | + | Email/Text: clientservices@credit-control.com | Dec 02 2021 23:23:00 | Credit Control, LLC, 5757 Phantom Drive, Ste. 330, Hazelwood, MO 63042-2429 |
| 14618840 | | Email/Text: mrdiscen@discover.com | Dec 02 2021 23:23:00 | Discover Financial Services, P.O. Box 15316, Wilmington, DE 19850 |
| 14618843 | | Email/Text: jill@ffcc.com | Dec 02 2021 23:23:00 | First Federal Credit Control, 2470 Chagrin Boulevard, Suite 205, Beachwood, OH 44122 |
| 14618832 | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Dec 02 2021 23:23:00 | Frederic J. Baker, Esquire, Office of U.S. Trustee, 200 Chestnut Street, Suite 502, Philadelphia, PA |

Case 21-11828-mdc   Doc 22   Filed 12/04/21   Entered 12/05/21 00:34:24   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 02, 2021 | Form ID: 155 | Total Noticed: 43 |

| Recip ID | | Notice Type | Date Sent | Name and Address |
|---|---|---|---|---|
| | | | | 19106-2905 |
| 14618846 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 02 2021 23:23:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14633543 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 02 2021 23:23:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14630185 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 02 2021 23:23:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 14618847 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 02 2021 23:23:00 | Kohl's, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 14618848 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 02 2021 23:39:22 | LVNV Funding, Inc., PO Box 10497, Greenville, SC 29603-0497 |
| 14623867 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 02 2021 23:39:01 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14618850 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 02 2021 23:23:00 | Midland Funding LLC, 320 East Big Beaver Road, Troy, MI 48083-1238 |
| 14618851 | + | Email/Text: bnc@nordstrom.com | Dec 02 2021 23:23:58 | Nordstrom Bank, 13531 E. Caley Avenue, Englewood, CO 80111-6505 |
| 14618852 | + | Email/PDF: cbp@onemainfinancial.com | Dec 02 2021 23:39:14 | OneMain Financial, P.O. Box 1010, Evansville, IN 47706-1010 |
| 14625138 | + | Email/PDF: cbp@onemainfinancial.com | Dec 02 2021 23:38:57 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14618853 | + | Email/Text: blegal@phfa.org | Dec 02 2021 23:23:00 | PA Housing Finance Agency, 211 North Front Street, P.O. Box 15057, Harrisburg, PA 17105-5057 |
| 14634066 | + | Email/Text: blegal@phfa.org | Dec 02 2021 23:23:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 14618855 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 02 2021 23:39:15 | Portfolio Recovery Associates, 120 Corporate Blvd., Ste. 100, Norfolk, VA 23502 |
| 14627038 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 02 2021 23:39:30 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14618854 | + | Email/Text: paparalegals@pandf.us | Dec 02 2021 23:23:00 | Patenaude & Felix, A.P.C., 501 Corporate Drive, Southpointe Center, Suite 205, Canonsburg, PA 15317-8584 |
| 14625110 | | Email/Text: bnc-quantum@quantum3group.com | Dec 02 2021 23:23:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14618856 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 02 2021 23:38:57 | Synchrony Bank/PPC, P.O. Box 695005, Orlando, FL 32896-0001 |
| 14618859 | | Email/Text: info@unifinrs.com | Dec 02 2021 23:23:00 | Unifin, Inc., P.O. Box 4519, Skokie, IL 60076-4519 |

TOTAL: 27

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14618830 | *+ | Jose L. Hernandez, 3145 Sycamore Lane, Norristown, PA 19401-1362 |
| 14618831 | *+ | Maria D. Maldonado, 3145 Sycamore Lane, Norristown, PA 19401-1362 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Dec 02, 2021 | Form ID: 155 | Total Noticed: 43 |

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 04, 2021        Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID B. SPITOFSKY | on behalf of Debtor Jose L. Hernandez spitofskybk@verizon.net spitofskylaw@verizon.net |
| DAVID B. SPITOFSKY | on behalf of Joint Debtor Maria D. Maldonado spitofskybk@verizon.net spitofskylaw@verizon.net |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Jose L. Hernandez and Maria D. Maldonado

    Debtor(s)

Chapter: 13

Bankruptcy No: 21−11828−mdc

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this 2nd day of December, 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Magdeline D. Coleman
Chief Judge ,
United States Bankruptcy Court

20 − 10
Form 155