# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PA

Chapter: 13
Case No: 2111828

In re: JOSE L HERNANDEZ
MARIA D MALDONADO

Account Number: 5869

## WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, Portfolio Recovery Associates, LLC by PRA Receivables Management, LLC agent. Pursuant to the Federal Rule of Bankruptcy Procedure 3006, withdraws its proof(s) of claim 22 filed on 09/07/2021 in the amount of $4,789.94 .

On this date 5/24/2022.


By: /s/ Ciara M. Lawton
Ciara M. Lawton
Bankruptcy Representative
PRA Receivables Management, LLC., as agent of
Portfolio Recovery Associates LLC.
POB 41067
Norfolk, VA 23541
E-mail: Bankruptcy_Info@prareceivables.com