

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:     21-11828

DEBTOR(S):

JOSE L HERNANDEZ

MARIA D MALDONADO

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 20 IN THE AMOUNT OF $494.71

CREDITOR'S SIGNATURE:

/s/ Brandie McCann

CREDITOR CONTACT INFO:

LVNV Funding, LLC

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884

DATE:

5/25/2022