United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-11828-djb |
| Jose L. Hernandez | Chapter 13 |
| Maria D. Maldonado | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 12, 2025 | Form ID: 138OBJ | Total Noticed: 43 |

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jose L. Hernandez, Maria D. Maldonado, 3145 Sycamore Lane, Norristown, PA 19401-1362 |
| 14635877 | + | Brickhouse OpCo I LLC, 4053 Maple Road Suite 122, Amherst, NY 14226-1058 |
| 14618829 | + | David B. Spitofsky, Esquire, Law Office of David B. Spitofsky, 516 Swede Street, Norristown, PA 19401-4807 |
| 14618842 | | Einstein Practice Plan, Inc., P.O. Box 8500-8735, Philadelphia, PA 19178-8735 |
| 14630185 | + | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 14625418 | + | PENNSYLVANIA HOUSING FINANCE AGENCY, c/o Rebecca Solarz, KML Law Group, P.C., 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14618859 | | Unifin, Inc., P.O. Box 4519, Skokie, IL 60076-4519 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 13 2025 00:25:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 13 2025 00:24:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14621675 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 13 2025 00:30:46 | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14618833 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 13 2025 00:23:00 | Ally Financial, P.O. Box 380901, Bloomington, MN 55438-0901 |
| 14618834 | ^ | MEBN | Jun 13 2025 00:19:27 | Apothaker Scian, P.C., 520 Fellowship Road, Suite C306, P.O. Box 5496, Mount Laurel, NJ 08054-5496 |
| 14618835 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jun 13 2025 00:24:00 | Barclays Bank Delaware, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 14618838 | | Email/Text: correspondence@credit-control.com | Jun 13 2025 00:24:00 | Credit Control, LLC, 5757 Phantom Drive, Ste. 330, Hazelwood, MO 63042 |
| 14618836 | + | Email/Text: bankruptcy@cavps.com | Jun 13 2025 00:25:00 | Cavalry Portfolio Services, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 14625350 | + | Email/Text: bankruptcy@cavps.com | Jun 13 2025 00:25:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14618837 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 13 2025 00:25:00 | Credit Collection Services, P.O. Box 447, Norwood, MA 02062-0447 |

Case 21-11828-djb   Doc 50   Filed 06/14/25   Entered 06/15/25 00:36:50   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 12, 2025 | Form ID: 138OBJ | Total Noticed: 43 |

| | | | | |
|---|---|---|---|---|
| 14618840 | | Email/Text: mrdiscen@discover.com | Jun 13 2025 00:23:00 | Discover Financial Services, P.O. Box 15316, Wilmington, DE 19850 |
| 14618839 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 13 2025 00:24:00 | Daniel J. Santucci, Esquire, 1 International Plaza, 5th Floor, Philadelphia, PA 19113-1510 |
| 14618843 | | Email/Text: rj@ffcc.com | Jun 13 2025 00:23:00 | First Federal Credit Control, 2470 Chagrin Boulevard, Suite 205, Beachwood, OH 44122 |
| 14618832 | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Jun 13 2025 00:24:00 | Frederic J. Baker, Esquire, Office of U.S. Trustee, 200 Chestnut Street, Suite 502, Philadelphia, PA 19106-2912 |
| 14618844 | ^ | MEBN | Jun 13 2025 00:19:36 | Grimley Financial Corporation, 1415 Route 70 East, Suite LL5, Cherry Hill, NJ 08034-2229 |
| 14618845 | ^ | MEBN | Jun 13 2025 00:19:18 | Hayt, Hayt & Landau, LLC, Two Industrial Way West, P.O. Box 500, Eatontown, NJ 07724-0500 |
| 14618846 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 13 2025 00:24:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14633543 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 13 2025 00:24:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14618847 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 13 2025 00:30:42 | Kohl's, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 14618848 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 13 2025 00:29:37 | LVNV Funding, Inc., PO Box 10497, Greenville, SC 29603-0497 |
| 14623867 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 13 2025 00:30:23 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14618849 | ^ | MEBN | Jun 13 2025 00:19:12 | Michael Ratchford, Esquire, Ratchford Law Group, P.C., 54 Glenmaura National Boulevard, Suite 104, Moosic, PA 18507-2161 |
| 14618850 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 13 2025 00:24:00 | Midland Funding LLC, 320 East Big Beaver Road, Troy, MI 48083-1238 |
| 14626491 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 13 2025 00:24:00 | NORDSTROM, INC., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14618851 | + | Email/Text: bnc@nordstrom.com | Jun 13 2025 00:24:23 | Nordstrom Bank, 13531 E. Caley Avenue, Englewood, CO 80111-6505 |
| 14618852 | + | Email/PDF: cbp@omf.com | Jun 13 2025 00:42:08 | OneMain Financial, P.O. Box 1010, Evansville, IN 47706-1010 |
| 14625138 | + | Email/PDF: cbp@omf.com | Jun 13 2025 00:30:02 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14618853 | + | Email/Text: blegal@phfa.org | Jun 13 2025 00:24:00 | PA Housing Finance Agency, 211 North Front Street, P.O. Box 15057, Harrisburg, PA 17105-5057 |
| 14634066 | + | Email/Text: blegal@phfa.org | Jun 13 2025 00:24:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 14618855 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 13 2025 00:30:49 | Portfolio Recovery Associates, 120 Corporate Blvd., Ste. 100, Norfolk, VA 23502 |
| 14627038 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 13 2025 00:30:09 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14625110 | | Email/Text: bnc-quantum@quantum3group.com | Jun 13 2025 00:24:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14618856 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 13 2025 00:41:34 | Synchrony Bank/PPC, P.O. Box 695005, Orlando, FL 32896-0001 |
| 14618857 | + | Email/Text: bncmail@w-legal.com | Jun 13 2025 00:24:00 | TD Bank USA/Target, P.O. Box 1470, |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 12, 2025 | Form ID: 138OBJ | Total Noticed: 43 |

| | | | | |
|---|---|---|---|---|
| 14618858 | + Email/Text: bnc-thebureaus@quantum3group.com | Jun 13 2025 00:24:00 | Minneapolis, MN 55440-1470 The Bureaus, 650 Dundee Road, Suite 370, Northbrook, IL 60062-2757 |
| 14626088 | Email/Text: bankruptcy@unifund.com | Jun 13 2025 00:24:00 | Unifund CCR, LLC, 10625 Techwoods Circle, Cincinnati, OH 45242 |

TOTAL: 36

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14618830 | *+ | Jose L. Hernandez, 3145 Sycamore Lane, Norristown, PA 19401-1362 |
| 14618831 | *+ | Maria D. Maldonado, 3145 Sycamore Lane, Norristown, PA 19401-1362 |
| 14618841 | ##+ | Edward Stock, Esquire, 804 West Avenue, Jenkintown, PA 19046-2831 |
| 14618854 | ##+ | Patenaude & Felix, A.P.C., 501 Corporate Drive, Southpointe Center, Suite 205, Canonsburg, PA 15317-8584 |

TOTAL: 0 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2025       Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVID B. SPITOFSKY | on behalf of Debtor Jose L. Hernandez spitofskybk@verizon.net spitofskylaw@verizon.net;spitofsky.davidb.r112243@notify.bestcase.com |
| DAVID B. SPITOFSKY | on behalf of Joint Debtor Maria D. Maldonado spitofskybk@verizon.net spitofskylaw@verizon.net;spitofsky.davidb.r112243@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| LEON P. HALLER | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*Form 138OBJ* (6/24)−doc 47 − 39

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|   Jose L. Hernandez | ) | Case No. 21−11828−djb |
| | ) | |
| | ) | |
|   Maria D. Maldonado | ) | Chapter: 13 |
| | ) | |
|   Debtor(s). | ) | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: June 12, 2025                 For The Court

                                                                                   Timothy B. McGrath
                                                                                   Clerk of Court